UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| COLBY DWOSKIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign insurer, and JOHN DOES 1 to 10,<br><br>Defendants. | CASE NO. 2:24-cv-01097-RSM<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE TRIAL** |

THIS MATTER having come before the undersigned Judge upon the stipulation of the parties to change the trial date and having considered the Parties' Stipulation and Motion to Continue Discovery Deadlines,

IT IS HEREBY ORDERED that the trial date will be continued to December 15, 2025, and an amended case schedule will be issued to reflect the same.

DATED this 29th day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE