UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLBY DWOSKIN, as the assignee,

Plaintiffs,

vs.

USAA GENERAL INDEMNITY COMPANY,

Defendants.

CASE NO: 2:24-cv-01097-RSM

ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DKT. #43)

Pursuant to the stipulated motion of Defendant USAA General Indemnity Company and Plaintiff Colby Dwoskin, the Court finds there is good cause and modifies the 14-day Motion briefing schedule for Plaintiff's Motion for Protective Order Precluding Defendant USAA's Discovery Seeking Plaintiff's Trust Account Ledger and Fee Agreement (Dkt. #43). The Court adopts the following deadlines:

1. Defendant's Response – **April 3, 2026**.

2. Noting Date – **April 10, 2026.**

3. Plaintiff's Reply – **April 9, 2026.**

IT IS SO ORDERED.

DATED this 30th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REGARDING BRIEFING SCHEDULE
FOR PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER (DOC. 43)