UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

COLBY DWOSKIN, as the assignee,

　　　　　　　Plaintiffs,

vs.

USAA GENERAL INDEMNITY COMPANY,

　　　　　　　Defendants.

CASE NO: 2:24-cv-01097-RSM

ORDER GRANTING STIPULATED
MOTION TO AMEND TRIAL DATES

THIS MATTER having come before the Court upon the stipulated motion of the Parties to amend the trial dates and related case schedule deadlines, the Court finds there is good cause to amend the schedule. The Parties stipulated motion is GRANTED and an amended case schedule will be issued to reflect a new trial date of **March 8, 2027**.

IT IS SO ORDERED.

DATED this 14th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO AMEND TRIAL DATES
NO. 2:24-CV-01097-RSM