UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| COLBY DWOSKIN, an individual,<br>Plaintiff,<br>vs.<br>USAA GENERAL INDEMNITY COMPANY, a foreign insurer,<br>Defendant. | No. 2:24-cv-01097-RSM<br><br>ORDER GRANTING STIPULATED MOTION AND EXTENDING CERTAIN PRE-TRIAL DEADLINES |

**ORDER**

The parties' Stipulated Motion, Dkt. #91, is **GRANTED**. The deadline for disclosure of expert testimony under FRCP 26(a)(2) is now September 23, 2026. The deadline for disclosure of rebuttal expert testimony is now October 23, 2026. All motions related to discovery must now be filed by October 23, 2026. All other deadlines shall remain the same as identified in the Revised Scheduling Order at Dkt. #60.

IT IS SO ORDERED.

DATED this 8th day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE